No. 72–6750.  BOYD v. CARDWELL, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 72–6756.  BROWN v. WAINWRIGHT, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 72–6772.  BELL v. WAINWRIGHT, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 72–6791.  WATKINS v. NORTH CAROLINA.  Sup. Ct. N. C.  Certiorari denied.

No. 72–6820.  REED v. CALDWELL, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 72–6846.  JARAMILLO v. NEW MEXICO.  Ct. App. N. M.  Certiorari denied.

No. 72–6847.  ATTWOOD v. PATTERSON, WARDEN, ET AL. C. A. 10th Cir.  Certiorari denied.

No. 72–6851.  DOVER v. NORTH CAROLINA.  Ct. App. N. C.  Certiorari denied.

No. 73–19.  IN RE CROWNE.  Sup. Ct. Fla.  Certiorari denied.

No. 73–156.  TEXAS v. BURKHALTER.  Ct. Crim. App. Tex.  Certiorari denied.

No. 73–172.  FOWLER ET AL. v. GEORGIA.  Ct. App. Ga. Certiorari denied.